UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRFAN GOKCE,

        Plaintiff,

    v.

DAVID JENNINGS, et al.,

        Defendants.

Case No. C08-5293BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 6). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED without prejudice** for failure to prosecute.

DATED this 14th day of October, 2008.

                                          BENJAMIN H. SETTLE
                                          United States District Judge

ORDER